UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   13-80074-CR-MARRA/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORIS A. HELIIN,

    Defendant.

_____/

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE

The United States of America, by the undersigned Assistant United States Attorney, hereby files this motion for reduction of sentence, pursuant to Section 5K1.1 of the Sentencing Guidelines, and states the following in support thereof:

1. On June 17, 2013, the defendant pled guilty to one-count of conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 1349.  Sentencing is scheduled for December 16, 2013.

2. Defendant has provided substantial assistance to the United States in connection with the investigation and prosecution of other individuals involved in fraudulent timeshare schemes. The government will provide a detailed account of the nature and extent of defendant's cooperation at the sentencing hearing.

3. According to the Presentence Investigation Report, the defendant has a total offense level of 30 and a Criminal History Category of I, which result in a guideline range of 97 to 121

months' imprisonment.

4. Pursuant to Section 5K1.1 of the Sentencing Guidelines, the government requests that this Court reduce defendant's sentence below the applicable guideline range based on her substantial assistance to the Government. The government will make a specific sentencing recommendation at the sentencing hearing.

WHEREFORE, the United States respectfully requests that the Court reduce the defendant's sentence, pursuant to Section 5K1.1 of the Sentencing Guidelines.

> Respectfully submitted,
>
> WIFREDO A. FERRER
> ASSISTANT UNITED STATES ATTORNEY
>
> By:  s/Adrienne Rabinowitz
> ADRIENNE RABINOWITZ
> Adrienne.Rabinowitz@usdoj.gov
> ASSISTANT UNITED STATES ATTORNEY
> FLORIDA BAR NO. 833754
> 500 S. AUSTRALIAN AVE., SUITE 400
> WEST PALM BEACH, FL 33401-6235
> TEL: 561-820-8711
> FAX: 561-820-8777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2013, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                      s/Adrienne Rabinowitz
                                      ADRIENNE RABINOWITZ
                                      ASSISTANT UNITED STATES ATTORNEY

SERVICE LIST

UNITED STATES v. DORIS A. HELIIN
Case No. 13-80074-CR-MARRA/HOPKINS
United States District Court, Southern District of Florida

Adrienne Rabinowitz
Assistant United States Attorney
Adrienne.Rabinowitz@usdoj.gov
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1013
Fax: (561) 659-4526
Attorney for the United States

Thomas Garland, Esq.
Tgarlandlaw@aol.com
1914 S.E. Port St. Lucie Boulevard
Port St. Lucie, Florida 34952
Telephone:772-337-1122
Facsimile: 772-337-1595
Attorney for Defendant Doris A. Heliin
[Service via CM/ECF]